John R. Geary, appellant, v. M. L. Koenig and N. W. Koenig, appellees. Gen. No. 34,503.

Opinion filed March 24, 1931.

Kelly & Murphy, for appellant. Clinton O. Thompson, for appellees.

Mr. Justice Kerner delivered the opinion of the court.